41797

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUSAN SIMPSON AND JERRY SIMPSON | ) CIVIL ACTION |
| | ) |
| | ) NO. _____ |
| Plaintiffs, | ) |
| vs. | ) |
| | ) JUDGE _____ |
| DOLLAR TREE STORES, INC. D/B/A DOLLAR TREE | ) |
| | ) MAGISTRATE _____ |
| | ) |
| Defendant. | ) SECTION _____ |

## NOTICE OF REMOVAL

COMES NOW Defendant, Dollar Tree Stores, Inc., who, pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446, hereby files this Notice of Removal, as follows:

I.

On July 13, 2015, Dollar Tree Stores, Inc. was served through the CT Corporation System with a "Petition for Damages" filed in the 4th Judicial District Court for the Parish of Ouachita, State of Louisiana. The case is styled: *Susan Simpson and Jerry Simpson v. Dollar Tree Stores, Inc.*, Case No. 15-1962. (*A true and correct copy of all process, pleadings, and orders served upon Dollar Tree Stores, Inc. in that action is attached hereto as Exhibit "A".*)

II.

In the Petition, Plaintiff, Susan Simpson, alleges that she sustained personal injury as a result of an incident occurring in the parking lot of the Dollar Tree Stores, Inc. located at 2100 Louisville Avenue, Monroe, Ouachita Parish, Louisiana.

III.

Plaintiffs, Susan and Jerry Simpson, further allege that Dollar Tree Stores, Inc. was negligent for the injuries sustained by Plaintiff.

IV.

Plaintiffs, Susan and Jerry Simpson, are both persons of full age of majority and residents of the Parish of Ouachita, State of Louisiana.

V.

Defendant, Dollar Tree Stores, Inc., is a foreign corporation, domiciled in Chesapeake, Virginia.

VI.

There is complete diversity of citizenship between the Plaintiff and the Defendant. The matter in controversy exceeds the sum of $75,000 (Seventy-Five Thousand Dollars), exclusive of interest and costs, based upon the information pled by the Plaintiffs. Jurisdiction exists pursuant to 28 U.S.C. § 1332, and this matter may be removed pursuant to 28 U.S.C. § 1441 et seq.

IX.

Thirty (30) days have not expired since the date of service of the Petition upon Dollar Tree Stores, Inc.

X.

Dollar Tree Stores, Inc. has complied with all prerequisites for filing this Notice and will promptly provide written notice of this Notice to all adverse parties and file a copy of this Notice with the clerk of the State Court.

**WHEREFORE defendant**, Dollar Tree Stores, Inc., prays that the action now pending in the 4th Judicial District Court for the Parish of Ouachita, State of Louisiana, be removed therefrom to this Court. Defendant is filing the appropriate notice to all parties, pursuant to 28 U.S.C. § 1446(d).

This 28th day of July, 2015.

s/ Lisa A. McLachlan
Lisa A. McLachlan, (Bar No. 19050)
Amanda H. Aucoin (Bar No. 31197)
Musgrave, McLachlan & Penn, L.L.C.
1515 Poydras Street, Suite 2380
New Orleans, Louisiana 70112
Telephone: (504) 799-4300
Facsimile: (504) 799-4301
Email: lam@mmpfirm.com
Email: aha@mmpfirm.com
Attorneys for Dollar Tree Stores, Inc.

41797

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN SIMPSON AND JERRY SIMPSON | ) | CIVIL ACTION |
| | ) | |
| | ) | NO. _____ |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| | ) | JUDGE _____ |
| DOLLAR TREE STORES, INC. D/B/A DOLLAR TREE | ) | |
| | ) | MAGISTRATE _____ |
| | ) | |
| Defendant. | ) | SECTION _____ |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties in this action with a copy of the foregoing **NOTICE OF REMOVAL** by U.S. Mail Postage prepaid upon the following:

Susan Simpson and Jerry Simpson
Through their Attorney of Record
Allan L. Placke, Esq.
Johnson & Placke, LLP
300 Washington Street, Suite 200A
Monroe, LA 71201

This 28th day of July, 2015.

s/ Lisa A. McLachlan
Lisa A. McLachlan