

**CORPORATE CREATIONS**°
Registered Agent · Director · Incorporation

Corporate Creations Network Inc.
11380 Prosperity Farms Road #221E  Palm Beach Gardens  FL  33410

July 14, 2015

Dollar Tree Stores, Inc.
Debbie Torrence Legal Administrative Assistant
Dollar Tree, Inc
500 Volvo Parkway
CHESAPEAKE  VA  23320

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s) **ALL information should be verified by you.**

Note   Any questions regarding the substance of the matter described below, including the status or to whom or where to respond, should be directed to the person set forth in line 12 below or to the court or government agency where the matter is being heard.

Item: 2015-2964

| # | Field | Value |
|---|-------|-------|
| 1. | Client Entity: | Dollar Tree Stores, Inc. |
| 2 | Title of Action: | Susan Simpson and Jerry Simpson vs. Dollar Tree Stores, Inc . dba Dollar Tree |
| 3. | Document(s) Served: | Citation<br>Notice - Interrogatories / Request for Production of Documents<br>Petition<br>Interrogatories and Request for Production of Documents |
| 4 | Court/Agency: | Parish of Ouachita Fourth Judicial District Court |
| 5. | State Served: | Louisiana |
| 6 | Case Number: | 15-1962 |
| 7. | Case Type: | Negligence/Personal Injury |
| 8. | Method of Service: | Hand Delivered |
| 9. | Date Received: | Monday 7/13/2015  10:00 AM |
| 10 | Date to Client: | Tuesday  7/14/2015 |
| 11. | # Days When Answer Due: 15 | **CAUTION**  Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of service in their records matches the Date Received |
| | Answer Due Date:  7/28/2015 | |
| 12. | SOP Sender:<br>(Name, Address and Phone Number) | Johnson & Placke, L L P.<br>300 Washington Street, Suite 200A<br>Monroe, LA 71201<br>318-322-7000 / Fax· 318-855-2618 |
| 13. | Shipped to Client By: | Email Only with PDF Link |
| 14 | Tracking Number: | Not Applicable |
| 15. | Handled By: | 191 |
| 16 | Notes: | None |

NOTE. This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion  The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service  We always deliver service of process so our clients avoid the risk of a default judgment  As registered agent, our role is to receive and forward service of process  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective  It is the role of legal counsel to assess whether service of process is invalid or defective  Registered agent services are provided by Corporate Creations Network Inc

11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL  33410   Tel (561) 694-8107   Fax (561) 694-1639
www.CorporateCreations.com



EXHIBIT
A

7/15/2015

301430781210001

5820150715000589

# CITATION

D3795051
B.IG

SUSAN SIMPSON

VS

DOLLAR TREE STORES, INC AKA

**DOCKET NUMBER: C-20151962**
SEC: C2
STATE OF LOUISIANA
PARISH OF OUACHITA
FOURTH JUDICIAL DISTRICT COURT

**ST. TAMMANY PARISH**

TO:

DOLLAR TREE STORES, INC D/B/A DOLLAR TREE
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
CORPORATE CREATIONS NETWORK, INC
1070-B WEST CAUSEWAY APPROACH
MANDEVILLE, LA 70471

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition. The petition tells you what
you are being sued for.

You must EITHER do what the petition asks, OR, within **FIFTEEN (15)** days after you
have received these documents, you must file an answer or other legal pleadings in the
Office of the Clerk of this Court at the Ouachita Parish Court House, 301 South Grand,
Monroe, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading
within **FIFTEEN (15)** days, a judgment may be entered against you without further
notice.

This Citation was issued by the Clerk of Court for Ouachita Parish, on this JULY 8,
2015.

OUACHITA PARISH CLERK OF COURT

Also attached are the following:
PETITION
INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

By: _____ S. J. GRAHAM
Deputy Clerk

FILED BY: ALLAN L. PLACKE #9467

_____ ORIGINAL

___✓___ SERVICE COPY

_____ FILE COPY

CERTIFIED
TRUE COPY

JUL 0 8 2015
B. Graham
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

7/15/2015                    301430781210001                    5820150715000589

# NOTICE - INTERROGATORIES /
## REQUEST FOR PRODUCTION OF DOCUMENTS

D3795069
BJG

SUSAN SIMPSON

VS

DOLLAR TREE STORES, INC AKA

**DOCKET NUMBER: C-20151962**
SEC: C2
STATE OF LOUISIANA
PARISH OF OUACHITA
FOURTH JUDICIAL DISTRICT COURT
**ST. TAMMANY PARISH**

TO:   DOLLAR TREE STORES, INC D/B/A DOLLAR TREE
      THROUGH ITS AGENT FOR SERVICE OF PROCESS:
      CORPORATE CREATIONS NETWORK, INC
      1070-B WEST CAUSEWAY APPROACH
      MANDEVILLE, LA  70471

      YOU ARE HEREBY NOTIFIED by this Honorable Court that
INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS were
filed on JULY 2, 2015 in the office of the Clerk of Court, Ouachita Parish, Louisiana, a
certified copy of which is attached hereto and made a part hereof.

      YOU ARE HEREBY REQUESTED AND REQUIRED to ANSWER
SEPARATELY AND FULLY, IN WRITING AND UNDER OATH, AND SIGNED BY
THE PERSON MAKING THEM; WITHIN THIRTY DAYS OF SERVICE HEREOF.

NOTICE issued by the Clerk of Court for Ouachita Parish, Louisiana, this JULY 8, 2015.

                              OUACHITA PARISH CLERK OF COURT

                                      **B. J GRAHAM**
                              By: _____
                                  Deputy Clerk

FILED BY: ALLAN L. PLACKE #9467

_____ ORIGINAL

___✓___ SERVICE COPY

_____ FILE COPY

CERTIFIED
TRUE COPY

JUL 0 8 2015

DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

# FOURTH JUDICIAL DISTRICT COURT

## PARISH OF OUACHITA

### STATE OF LOUISIANA

SUSAN SIMPSON AND JERRY SIMPSON          FILED _____   JUL 0 2 2015

VS. NO.  15-1962  _____ _____

DOLLAR TREE STORES, INC., d/b/a DOLLAR          BY CLERK _Joe Gare Carb_
TREE

### PETITION

The petition of **SUSAN SIMPSON** and **JERRY SIMPSON**, both major residents of the
Parish of Ouachita, State of Louisiana, respectfully represents:

1.

Petitioners name as defendant herein **DOLLAR TREE STORES, INC., D/B/A
DOLLAR TREE**, a foreign corporation licensed to do and doing business in the State of
Louisiana with Corporate Creations Network, Inc., 1070-B West Causeway Approach,
Mandeville, LA 70471 as agent for service of process.

2.

Petitioners show that on or about November 16, 2014, Petitioner, **SUSAN SIMPSON**,
was a customer of the defendant, **DOLLAR TREE STORES, INC. D/B/A DOLLAR TREE** at
its store located at 2100 Louisville Avenue, Monroe, Ouachita Parish, Louisiana.

3.

Petitioners show that after making purchases in the store, Petitioner, **SUSAN SIMPSON**
walked out to her car on the Dollar Tree parking lot to go home.

4

Petitioners show that before she reached her car, a man with a gun demanded her purse,
struck her in the head with the gun knocking her down to the pavement, took her purse and
escaped the premises by running through a hole in the fence gate on the property.

5.

Petitioners show that Petitioner, **SUSAN SIMPSON** was injured and bleeding profusely
from the blow to the head and she attempted to go back inside the store by crawling to the front
door of the building but the employees of the defendant, **DOLLAR TREE STORES, INC.,
D/B/A DOLLAR TREE**, refused to open the door or to help her in any manner.

CASE ASSIGNED TO:
C1 F C
2

7/15/2015                         301430781210001                    5820150715000589

6.

Petitioners show that there have been numerous crimes committed on the Dollar Tree premises or in close proximity to Dollar Tree including but not limited to theft, armed robberies and purse snatchings of which the defendant, **DOLLAR TREE STORES, INC., D/B/A DOLLAR TREE,** were well aware as well as the area is considered a high crime area.

7.

Petitioners show that the defendant, **DOLLAR TREE STORES, INC., D/B/A DOLLAR TREE,** had a duty to protect its customers, and the injuries and damages suffered by petitioner, **SUSAN SIMPSON,** were caused by the negligent acts and/or omissions of the defendant, **DOLLAR TREE STORES, INC., D/B/A DOLLAR TREE,** and Petitioners itemize said negligence in the following non-exclusive particulars, to wit:

   (a)   Failure to warn patrons of criminal activity on its premises due to numerous previous instances of crime;

   (b)   Failure to post an armed security guard whose presence was visible in the parking lot to deter and prevent crimes such as occurred in this case;

   (c)   Failure to install security cameras on its premises to deter and prevent crimes such as occurred in this case;

   (d)   Failure to have adequate security personnel on its premises to protect customers and/or to deter and prevent crime;

   (e)   Failure to keep the fence on the property in proper repair so that robbers and purse snatchers could not simply run through a hole in the gate or fence into a dark area to evade police; and

   (f)   Other such acts of negligence as will be shown on final trial herein.

8.

Petitioners show that as a result of the hereinabove described incident and robbery which occurred on November 16, 2014, Petitioner, **SUSAN SIMPSON** suffered both loss of property and severe personal injuries as well as general and special damages which she itemizes in the following non-exclusives particulars, to wit:

   (a)   Loss of property and money;

   (b)   Pain and suffering (past, present and future);

   (c)   Severe mental anguish and distress (past, present and future);

   (d)   Medical expenses (past, present and future);

   (e)   Lost income and/or earning capacity;

(f)     Loss of quality and enjoyment of life; and

(g)     Other such acts of negligence as may be shown on final trial hereof.

9.

Petitioners show that they have been legally married for many years, and that as a result of the hereinabove described accident, Petitioner, JERRY SIMPSON, has suffered a loss of his wife's consortium, and mental anguish by being forced to witness the suffering of his wife, whereby his own physical and mental state has been adversely affected and that he is entitled to general and special damages as reasonable in the premises and itemizes the personal injury and damages which he sustained in the following non-exclusive particulars, to-wit:

a)     Mental anguish and distress (past, present and future);

b)     Loss of consortium.

Petitioners reserve the right to add other such damages arising from the accident described in Plaintiffs' Petition.

10.

Petitioners show that the defendant, DOLLAR TREE STORES, INC., D/B/A DOLLAR TREE, is justly and truly indebted unto them for all sums as are just and reasonable in the premises with legal interest thereon from date of judicial demand and for all costs of these proceedings.

WHEREFORE, PETITIONERS PRAY that this petition be duly filed and served and that after due proceedings had, that there be judgment herein in favor of petitioners, SUSAN SIMPSON and JERRY SIMPSON, and against the defendant, DOLLAR TREE STORES, INC., D/B/A DOLLAR TREE, for all sum as are just and reasonable in the premises with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings.

FURTHER PRAYS for full, general and equitable relief.

Respectfully submitted,

BY: _____

ALLAN L. PLACKE # 9467
JOHNSON & PLACKE, L.L.P.
300 Washington Street, Suite 200A
Monroe, Louisiana 71201
Phone # 318-322-7000
Facsimile # 318-855-2618

PLEASE SERVE DEFENDANT:

DOLLAR TREE STORES, INC., D/B/A DOLLAR TREE.
Through its agent for service of process
Corporate Creations Network, Inc.
1070-B West Causeway Approach
Mandeville, LA 70471

CERTIFIED
TRUE COPY

JUL 0 2 2015

BY _____
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA.

7/15/2015                    301430781210001              5820150715000589